An unpublished order shall not be regarded as precedent and shall not be cited as legal authority. SCR 123.

## IN THE SUPREME COURT OF THE STATE OF NEVADA

KEITH DAVID HOUSTON,
Appellant,
vs.
THE STATE OF NEVADA,
Respondent.

No. 66642

**FILED**

OCT 24 2014

TRACIE K. LINDEMAN
CLERK OF SUPREME COURT
BY S.Young
DEPUTY CLERK

### ORDER DISMISSING APPEAL

This is a proper person appeal from a judgment of conviction entered in 1983. First Judicial District Court, Carson City; Michael Griffin, Judge.

The notice of appeal was untimely filed. NRAP 4(b). Because an untimely notice of appeal fails to vest jurisdiction in this court, *Lozada v. State*, 110 Nev. 349, 352, 871 P.2d 944, 946 (1994), we conclude that we lack jurisdiction to consider this appeal, and we

ORDER this appeal DISMISSED.

_____, J.
Pickering

_____, J.
Parraguirre

_____, J.
Saitta

SUPREME COURT
OF
NEVADA


(O) 1947A

14-35481

cc: First Judicial District Court, Dept. 1
Keith David Houston
Attorney General/Carson City
Carson City District Attorney
Carson City Clerk

SUPREME COURT
OF
NEVADA

(O) 1947A